# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Leon L. Ladda, Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:15-cv-00257-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 1, 2017 Order.

February 1, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court